UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 3  2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. 04-511 |
| JERRY ALFRED FUTCH, JR. § | |
| § | False Reporting; 7 U.S.C. § 13(a)(2) |
| Defendant. § | |

## ORDER

Pending before the Court is the government's Motion for Protective Order with Respect to Materials Produced by Voicebrokers and Local Distribution Companies. Having considered the motion, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that the government's Motion for Protective Order with Respect to Materials Produced by Voicebrokers and Local Distribution Companies is **GRANTED** and voicebroker and local distribution company materials produced to the government in *United States v. Jerry Alfred Futch, Jr.*, Criminal No. 04-511 may be disclosed only to Defendant, Defendant's counsel and their staff, experts, agents, and consultants to prepare and present written submissions and objections to the Court for sentencing in this case. Additionally, the voicebroker and local

distribution company materials may be disclosed to the United States Probation Office for sentencing purposes.

SIGNED at Houston, Texas, this **30** day of September, 2005.

_____
DAVID HITTNER
United States District Judge