CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3/14/06
BY DEPUTY MICHAEL N. MILBY, CLERK

JUDGE __DAVID HITTNER__  RPTR/~~TAPE~~ Bruce Slavin

CASE MANAGER __ELLEN ALEXANDER__

USPO __Carmen Phillips__    INTERPRETER __N/A__

TIME __9:30__ begin | __10:15__ end A.M. | __ __ begin | __ __ end P.M.   DATE __3/14/06__

---

CR. NO. __H-04-511__    DEFT. NO. __01__

UNITED STATES OF AMERICA § __John Lewis__ AUSA

VS. §

__Jerry Alfred Futch, Jr.__ § __Phil Hilder__ [R] CJA

## SENTENCING

[✓] ksen.   Sentencing held.  [✓] Guilty plea  [ ] Guilty verdict  on __6/16/05__, Cts. __1__

[ ] ksen.   Sentencing held **with contested issues**.

[✓] ...   SENTENCE: __Custody of the Bureau of Prisons for a term of 57 months as to Count 1. Supervised Release for a term of 2 years as to Count 1. Fine is waived.__

__All objections are overruled + PSR + all addendums are adopted by the Court.__

~~$50~~ $100.00 special assessment on Counts __1__

[ ] ...   **Time to serve.**

[✓] kdismentgv.  Counts __2-4__ dismissed on government's motion.

[ ] kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

[✓] ...   Deft ordered to surrender to institution when designated.

[ ] kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

[ ] kjytrl.   Jury trial set for _____ at _____.

[ ] ko.(bnd.).   Deft bond [ ] set  [ ] reduced to $ _____  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR.

[ ] ...   Deft failed to appear, bench warrant to issue.

[✓] ...   Deft bond [✓] continued  [ ] forfeited.

[✓] ...   Deft remanded to custody.

[✓] ...   Terminate other settings for this deft.   [✓] Terminate motions for this deft.

OTHER PROCEEDINGS: _____

Copy to:   USPO