

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

January 12, 2009

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U. S. COURT OF APPEALS
**FILED**

JAN 2 0 2009

CHARLES R. FULBRUGE III
CLERK

Re: Jerry Alfred Futch, Jr.
    v. United States
    No. 08-688
    (Your No. 06-20248)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk