# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2009

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Street
Houston, TX 77002

      No. 06-20248 USA v. Futch
      USDC No. 4:04-CR-511-ALL

Enclosed is a copy of the Supreme Court order denying certiorari.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

By: _Lisa D Landry_
     Lisa Landry, Deputy Clerk
     504-310-7649

MDT-1